In the matter of the probate of the will of GEORGE H. SICKLES, deceased.

[Filed November 17th, 1902.]

On appeal from a decree advised by Vice-Ordinary Reed, whose opinion is reported in *18 Dick. Ch. Rep. 233.*

*Mr. Edward Q. Keasbey,* for the appellant.

*Mr. Louis Hood,* for the respondent.

Feigenspan *v.* Mulligan.

PER CURIAM.

The decree appealed from is affirmed, for the reasons given in the prerogative court.

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, FORT, HENDRICKSON, PITNEY, BOGERT, VOORHEES, VROOM—8.

*For reversal*—DIXON, COLLINS, GARRETSON, ADAMS, VREDENBURGH—5.